# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVAGANT, CORP., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TITAN INTERNATIONAL SECURITIES, INC.., a Belize corporation,<br><br>Defendant. | Case No. 2:16-cv-03465-SVW-MRW<br><br>**JUDGMENT**<br><br>JS-6 |

Judgment is hereby entered in favor of plaintiff NOVAGANT CORP. ("NOVAGANT") pursuant to the Court's Order Granting Novagant's Motion for Default Judgment dated February 15, 2017.

IT IS HEREBY ORDERED AND ADJUDGED:

1. The contract for sale of any and all securities by NOVAGANT to defendant TITAN INTERNATIONAL SECURITIES, INC. ("TITAN") is void and rescinded.

|   |   |
|---|---|
| 1 | 2. The sale and issuance of any and all shares of stock by NOVAGANT to |
| 2 | TITAN is void and any certificates evidencing TITAN's ownership of any shares of |
| 3 | stock in NOVAGANT are void. |
| 4 | 3. Any person or agent responsible for issuance or maintenance of records of |
| 5 | NOVAGANT stock ownership shall terminate and void any certificates representing |
| 6 | TITAN's ownership of any shares of stock in NOVAGANT and update the corporate |
| 7 | share ledger to reflect that TITAN owns no such shares. |
| 8 |  |
| 9 | Dated: March 15, 2017    _____ |
| 10 |                                              HON. STEPHEN V. WILSON |
| 11 |                                              UNITED STATES DISTRICT JUDGE |

**DECLARATION OF MATTHEW D. FISCHER**

I, MATTHEW D. FISCHER, declare:

1. I am an attorney admitted to practice in this District and am counsel of record to Plaintiff, NOVAGANT, CORP., in this matter. The facts stated herein are known to me by my own personal knowledge and if called as a witness, I could and would testify competently thereto.

2. Defendant, TITAN INTERNATIONAL SECURITIES, INC., was served with the summons and complaint in this matter by personal service on October 4, 2016. A copy of the Proof of Service and Acknowledgement of Receipt is on file with the Court and a true and correct copy is attached hereto as Exhibit 1.

3. Defendant's deadline to file and serve an answer or other proper motion was October 25, 2016. That deadline has now passed and no answer or motion has been filed or served.

4. Defendant is neither a minor nor incompetent nor serving in the United States military.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of October, 2016 at Long Beach, California.

                                        /s/ *Matthew D. Fischer*
                                        MATTHEW D. FISCHER